IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 01-cv-02201-RPM

BROADCAST INNOVATION, L.L.C.,

        Plaintiff/Counter-Defendant,

v.

ECHOSTAR COMMUNICATIONS CORP.,

        Defendant/Counter-Plaintiff.

_____

ORDER FOR STATUS CONFERENCE
_____

Upon receiving this civil action by reassignment and reviewing the docket sheet showing the last entry as an order entered on November 8, 2004, denying a motion to lift stay and enter judgment under Rule 54(b) and it also appearing that there are 11 pending motions and upon the conclusion that this Court can best determine how to proceed in this matter by setting a scheduling conference with the request that counsel be prepared orally to summarize the history, current status and prospective future of this case, it is

ORDERED that a status conference for that purpose will be convened on **August 28, 2007, at 2:30 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED:   August 14, 2007

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior Judge