IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

**Civil Action No. 01-cv-02201-RPM**

BROADCAST INNOVATION, L.L.C.,

               Plaintiff/Counter-Defendant,

v.

ECHOSTAR COMMUNICATIONS CORP.,

               Defendant/Counter-Plaintiff.
_____

**Civil Action No. 03-cv-02223-RPM**

BROADCAST INNOVATION, L.L.C., and
10 RESEARCH PTY LTD.,

               Plaintiffs/Counter-Defendants,

v.

CHARTER COMMUNICATIONS, INC.,

               Defendant/Counter-Plaintiff.

_____

ORDER FOR STATUS REPORT
_____

These civil actions have been stayed pending re-examination proceedings in the United States Patent and Trademark Office. On December 28, 2007, the plaintiff filed a status report regarding the status of that proceeding. No other information has been provided with respect to that proceeding and it is therefore

ORDERED that the plaintiff will on or before November 24, 2008, file a new status report.

DATED: November 7th, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge