IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

**Civil Action No. 01-cv-02201-RPM**

BROADCAST INNOVATION, L.L.C.,

        Plaintiff/Counter-Defendant,

v.

ECHOSTAR COMMUNICATIONS CORP.,

        Defendant/Counter-Plaintiff.

_____

**Civil Action No. 03-cv-02223-RPM**

BROADCAST INNOVATION, L.L.C., and
10 RESEARCH PTY LTD.,

        Plaintiffs/Counter-Defendants,

v.

CHARTER COMMUNICATIONS, INC.,

        Defendant/Counter-Plaintiff.

_____

ORDER FOR STATUS REPORT
_____

        These civil actions have been stayed pending re-examination proceedings in the United States Patent and Trademark Office.  On November 13, 2008, the plaintiff filed a status report regarding the status of that proceeding.  No other information has been provided with respect to that proceeding and it is therefore

        ORDERED that the plaintiff will on or before February 10, 2010, file a new status report.

        DATED: January 27th, 2010

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge