IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

**Civil Action No. 01-cv-02201-RPM**

BROADCAST INNOVATION, L.L.C.,

        Plaintiff/Counter-Defendant,

v.

ECHOSTAR COMMUNICATIONS CORP.,

        Defendant/Counter-Plaintiff.
_____

**Civil Action No. 03-cv-02223-RPM**

BROADCAST INNOVATION, L.L.C., and
IO RESEARCH PTY LTD.,

        Plaintiffs/Counter-Defendants,

v.

CHARTER COMMUNICATIONS, INC.,

        Defendant/Counter-Plaintiff.

_____

ORDER ON PENDING MOTIONS
_____

These civil actions have been stayed as a result of reexamination proceedings regarding U.S. Patent No. 6,076,094. The rejection of the claims by the Patent Office is on appeal before the Board of Patent Appeals and Interferences. Multiple motions were filed before reassignment of this case and are pending. The determination of those motions is dependent on the outcome of the appeal. For the limited purpose of complying with the reporting requirements of 28 U.S.C. § 476, it is now

ORDERED that all of the motions are denied without ruling on the merits. It is expected that such motions as may be relevant when the cases are returned to active litigation will be renewed as appropriate. It is now

ORDERED that these pending motions are denied without ruling on the merits:

Defendant Echostar's motion to dismiss [88];
Defendant Echostar's motion for sanctions [136];
Plaintiff's motion to strike [140];
Defendant Echostar's motion for partial summary judgment [245];
Defendant Echostar's motion for summary judgment [258];
Defendant Echostar's motion for summary judgment [260];
Defendant Echostar's motion for summary judgment [261];
Defendant Echostar's motion for summary judgment [262];
Plaintiff's motion to strike [294]; and
Plaintiff's motion to stay [340].

No court action is required with respect to the stipulation for partial dismissal with prejudice of claims and counterclaims relation to claims 9 and 10 of the '066 Patent [310].

DATED: September 27th, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge