IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

**Civil Action No. 01-cv-02201-RPM**

BROADCAST INNOVATION, L.L.C.,

       Plaintiff/Counter-Defendant,

v.

ECHOSTAR COMMUNICATIONS CORP.,

       Defendant/Counter-Plaintiff.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the stipulation for dismissal [367] filed February 2, 2012, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED:   February 2nd, 2012

       BY THE COURT:

       s/Richard P. Matsch

       _____
       Richard P. Matsch, Senior Judge